JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Michael Bower*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BOWER,<br><br>Defendant. | CASE NO.: 2:17-cr-317-RFB-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Michael Bower, by and through his attorney, James A. Oronoz, Esq., and the United States of America, by and through Richard Anthony Lopez, Assistant United States Attorney, that the sentencing hearing currently scheduled for May 17, 2018, at the hour of 2:00 p.m., be vacated and continued for a period of not less than thirty (30) days, to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel requires additional time to prepare for sentencing. There are a number of outstanding tasks that Counsel must complete before proceeding to sentencing.

2. Defense Counsel has spoken to Assistant United States Attorney Richard Anthony Lopez, and the Government has no objection to the continuance.

3. Defense Counsel has spoken to Mr. Bower, who is not in custody, and he has no objection to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. This is the first stipulation to continue the sentencing hearing filed herein.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: May 14, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Richard Anthony Lopez* |
| James A. Oronoz, Esq. | Richard Anthony Lopez |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Dr., Suite 120 | District of Nevada |
| Las Vegas, Nevada 89145 | 501 Las Vegas Blvd. South, Suite 1100 |
| *Attorney for Defendant Bower* | Las Vegas, Nevada, 89101 |
| | *Attorney for the United States of America* |

1  JAMES A. ORONOZ, ESQ.
   Nevada Bar No. 6769
2  Oronoz & Ericsson, LLC
   1050 Indigo Drive, Suite 120
3  Las Vegas, Nevada 89145
   Telephone: (702) 878-2889
4  Facsimile: (702) 522-1542
   jim@oronozlawyers.com
5  *Attorney for Michael Bower*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BOWER,<br><br>Defendant. | CASE NO.:  2:17- cr-317-RFB-VCF-2<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel requires additional time to prepare for sentencing. There are a number of outstanding tasks that Counsel must complete before proceeding to sentencing.

2. Defense Counsel has spoken to Assistant United States Attorney Richard Anthony Lopez, and the Government has no objection to the continuance.

3. Defense Counsel has spoken to Mr. Bower, who is not in custody, and he has no objection to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6. This is the first stipulation to continue the sentencing hearing filed herein.

7. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice at the sentencing hearing, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for May 17, 2018, be vacated and continued to the 21st day of June, 2018, at the hour of 3:45 PM.

DATED AND DONE this 15th day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE